# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| OFFICE OF DISCIPLINARY COUNSEL, | : | No. 2221 Disciplinary Docket No. 3 |
| Petitioner | : | |
| | : | No. 160 DB 2015 |
| v. | : | |
| | : | Attorney Registration No. 203818 |
| JOSHUA ADAM JANIS, | : | |
| Respondent | : | (Chester County) |

## O R D E R

**PER CURIAM**

AND NOW, this 25th day of November, 2015, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is hereby granted, and Joshua Adam Janis is suspended on consent from the Bar of this Commonwealth for a period of five years. Respondent shall comply with all the provisions of Pa.R.D.E. 217.